UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS,<br><br>Plaintiff<br><br>v.<br><br>ANIMAL AND PLANT HEALTH INSPECTION SERVICE, et al.,<br><br>Defendants. | Case No. 1:21-cv-1600-CRC |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Civil Rule 83.6(b), please withdraw the appearance of the undersigned, Erin M. Estevez, in the above-captioned matter on behalf of Plaintiff The American Society for the Prevention of Cruelty to Animals ("ASPCA"), the Plaintiff ASPCA will continue to be represented in this matter by its other counsel whose appearances are entered in this case.

Dated: November 1, 2021

Respectfully submitted,

*/s/ Erin M. Estevez*
Erin M. Estevez (DC Bar No. 1025620)
HOLLAND & KNIGHT
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
Telephone: (703) 720-8603
erin.estevez@hklaw.com