UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANIMAL AND PLANT HEALTH INSPECTION SERVICE, *et al.*,<br><br>　　　　Defendants. | Case No. 1:21-cv-1600-CRC |

## PLAINTIFF'S MOTION TO COMPLETE AND/OR SUPPLEMENT THE ADMINISTRATIVE RECORD

Plaintiff the American Society for the Prevention of Cruelty to Animals ("ASPCA"), by and through its attorneys of record, pursuant to Local Civil Rule 7, respectfully submit this Motion to Complete and/or Supplement the Administrative Record. As set forth in the attached memorandum of law, the administrative record that was produced by Defendants on May 20, 2022 is deficient.

To cure this deficiency, Defendants must add the following documents:

A. Documentation and/or data cataloguing dog dealer violations of the Animal Welfare Act ("AWA"), including all inspection reports, reports recording "Teachable Moments" in Defendants' online databases, and any photographs or videos included in such reports, *see* APHIS, *Inspection Reports Search*, https://sforce.co/3mFYioa (last accessed June 11, 2022); APHIS, *Teachable Moments*, https://sforce.co/3zxHcRh (same).

B. The formula(s) Defendants used to calculate compliance statistics reported in the yearly "impact reports" issued by USDA in 2018, 2019, 2020, and 2021.

C. Documentation and/or data cataloguing any statutory penalties imposed by Defendants against dog dealers for AWA violations, including the contents of Defendants' online enforcement database, APHIS, *Animal Welfare and Horse Protection Actions*, https://bit.ly/3aUuHVC (last accessed June 12, 2022).

D. The results of the "Teachable Moments" survey conducted by Defendants in 2015, which survey is reflected in documents already produced as part of the administrative record. *See* Declaration of Kathleen R. Hartnett in Support of Plaintiff's Motion to Complete and/or Supplement the Administrative Record, Ex. E at USDA00006048, Ex. F at USDA00006049, and Ex. G at USDA00006051.

E. Agency correspondence relating to the Consolidated Appropriations Act of 2020, H.R. Rep. No. 116-107 (2020), the Consolidated Appropriations Act of 2021, H.R. Rep. No. 116-446 (2020), and the Consolidated Appropriations Act of 2022, H.R. 2471, P.L. 117-103 (2022), including Exhibit 2 to ASPCA's operative complaint (Dkt. No. 20).

F. Exhibits 4 and 6 to ASPCA's operative complaint, which comprise a sworn statement given by an APHIS inspector (Ex. 4) and a report issued by a state agency (Ex. 6) regarding violations of the AWA committed by dog dealer Daniel Gingerich at Mr. Gingerich's facility.

In support of this motion, Plaintiff submits the attached memorandum of law, supporting declaration of Kathleen Hartnett, and attached exhibits. Plaintiff has conferred with Defendants pursuant to Local Civil Rule 7(m) and the parties were able to reach an agreement on several categories of documents, which Defendants have agreed to produce to supplement the record. However, the parties were unable to resolve the issues raised in this motion. Defendants oppose this motion.

Plaintiff respectfully requests that this Court order Defendants to complete and/or supplement the administrative record with the documents described above and in the accompanying memorandum.

Dated:  July 1, 2022                                     Respectfully submitted,

By:  */s/ Kathleen Hartnett*
Kathleen Hartnett (DC Bar No. 483250)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
khartnett@cooley.com

Reuben Chen (*pro hac vice*)
Deepa Kannappan (*pro hac vice*)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
rchen@cooley.com
dkannappan@cooley.com

Bonnie Weiss McLeod (DC Bar No. 478454)
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC  20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
bweissmcleod@cooley.com

Patrick J. Hayden (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
phayden@cooley.com

Adam M. Katz (*pro hac vice*)
COOLEY LLP
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
akatz@cooley.com

Robert G. Hensley (*pro hac vice*)
Tamara Y. Feliciano (DC Bar No. 1723562)
THE AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS
520 Eighth Avenue, 7th Floor
New York, NY 10018
Telephone: 917-716-5105
robert.hensley@aspca.org
tamara.feliciano@aspca.org

*Counsel for Plaintiff*